Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Keith D. Yandell (SBN 233416)
Email: kyandell@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Defendants
World Savings Bank, FSB, Wachovia Mortgage Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fred Nelli,<br><br>    Plaintiff,<br><br>vs.<br><br>PNE Mortgage, a Massachusetts corporation doing business in California as 1st New England Mortgage Corporation, a.k.a. First New England Mortgage Corporation, World Savings Bank, FSB, Wachovia Mortgage Corporation, a North Carolina Corporation doing business in California as Corporation Number C1146159 and Does 1-20, Inclusive,<br><br>    Defendants. | Case No.<br>(Formerly Santa Cruz Superior Court Case No. CV160703)<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL**<br><br>Compl. Filed:   June 26, 2008<br>Attached Documents: |

1     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On July 10, 2008, I served the following document(s) by the method indicated below:

**NOTICE OF REMOVAL**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Sally A. Williams
Williams Law Office
Post Office Box 1478
Aptos, CA 95001-1478
Tel.   831.459.6096
Fax.   831.688.1772

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 10, 2008, at Oakland, California.

_____
David P. Kelley