1  Jack R. Nelson (SBN 111863)
   Email:  jnelson@reedsmith.com
2  Keith D. Yandell (SBN 233416)
   Email:  kyandell@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA  94612-3572

5  **Mailing Address:**
   P.O. Box 2084
6  Oakland, CA  94604-2084

7  Telephone:    +1 510 763 2000
   Facsimile:    +1 510 273 8832
8
   Attorneys for Defendants World Savings Bank,
9  FSB and Wachovia Mortgage Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Fred Nelli,<br><br>              Plaintiff,<br><br>    vs.<br><br>FNE Mortgage, a Massachusetts corporation doing business in California as 1st New England Mortgage Corporation, a.k.a. First New England Mortgage Corporation, World Savings Bank, FSB, Wachovia Mortgage Corporation, a North Carolina Corporation doing business in California as Corporation Number C1146159 and Does 1-20, Inclusive,<br><br>              Defendants. | Case No. C08-03342 JL<br>(Formerly Santa Cruz Superior Court Case No. CV160703)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Compl. Filed:    June 26, 2008 |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendants World Savings Bank, FSB and Wachovia Mortgage Corporation hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

Case No. C08-03342 JL

– 1 –

Declination to Proceed before Magistrate Judge

DATED: July 15, 2008.

                                    REED SMITH LLP

                                    By   /s/Keith D. Yandell
                                        Keith D. Yandell
                                        Attorneys for Defendants
                                        World Savings Bank, FSB andWachovia Mortgage Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. C08-03342 JL

– 2 –

DOCSOAK-9913186

Declination to Proceed before Magistrate Judge