Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Keith D. Yandell (SBN 233416)
Email: kyandell@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Defendants
World Savings Bank, FSB, Wachovia Mortgage Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fred Nelli,<br><br>          Plaintiff,<br><br>   vs.<br><br>FNE Mortgage, a Massachusetts corporation doing business in California as 1st New England Mortgage Corporation, a.k.a. First New England Mortgage Corporation, World Savings Bank, FSB, Wachovia Mortgage Corporation, a North Carolina Corporation doing business in California as Corporation Number C1146159 and Does 1-20, Inclusive,<br><br>          Defendants. | Case No. C08-03342 JL<br>(Formerly Santa Cruz Superior Court Case No. CV160703)<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>Compl. Filed:    June 26, 2008 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Golden West Financial Corporation, of which World Savings Bank, FSB, a predecessor of "Wachovia Mortgage FSB," was a subsidiary, and

- Wachovia Corporation, of which Wachovia Mortgage, FSB and Golden West Financial Corporation are subsidiaries.

DATED: July 15, 2008.

                      REED SMITH LLP

                      By    /s/Keith D. Yandell
                            Keith D. Yandell
                            Attorneys for Defendants
                            World Savings Bank, FSB, Wachovia Mortgage Corporation