1
2                    UNITED STATES DISTRICT COURT
3                    NORTHERN DISTRICT OF CALIFORNIA

4  FRED NELLI

5         Plaintiff(s),                          No. 08-03342 JL

6      v.                                        NOTICE OF IMPENDING
                                                 REASSIGNMENT TO A UNITED
7                                                <u>STATES DISTRICT COURT JUDGE</u>

8  FNE MORTGAGE

9         Defendant(s).
   _____/
10

11     The Clerk of this Court will now randomly reassign this case to a United States District
12  Judge because either:
13  **XX**    (1)    One or more of the parties has requested reassignment to a United States
14  District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
15          (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary
16  restraining order) that a United States Magistrate Judge may not take without the consent of
17  all parties, the necessary consents have not been secured, and time is of the essence.
18     The **CASE MANAGEMENT CONFERENCE** previously scheduled for October 22, 2008
19  at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.
20

21  Dated: July 16, 2008
22
23
                                                 Richard W. Wieking, Clerk
24                                               United States District Court
25                                               _____*Wings Hom*_____
                                                 By: Wings Hom, Deputy Clerk
26
27
28

reassig1.DCT                          1