**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

### July 16, 2008

**CASE NUMBER:  CV 08-03342 JL**
**CASE TITLE:  FRED NELLI-v-FNE MORTGAGE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable JAMES WARE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/16/08

FOR THE EXECUTIVE COMMITTEE:

_____
                    Clerk

Correction of clerical error should have been San Jose venue

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                Entered in Computer 7/16/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                       Transferor CSA