**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED NELLI, | No. C 08-03342 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |
| FNE MORTGAGE ET AL, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due recent case reassignment, a Case Management Conference has been set Judge James Ware on **October 27, 2008 at 10:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference statement by **October 17, 2008.**

Dated: July 25, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy