IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Fred Nelli,<br><br>            Plaintiff,<br>   v.<br><br>FNE Mortgage, et al.,<br><br>            Defendants. | NO. C 08-03342 JW<br><br>**ORDER CONTINUING HEARING ON DEFENDANT WORLD SAVINGS BANK'S MOTION AND CASE MANAGEMENT CONFERENCE** |

On the Court's own motion, the hearing on Defendant World Savings Bank's Motion for a determination of good faith settlement currently set for January 12, 2009 is continued to **February 2, 2009 at 9 a.m.**

In addition, on August 5, 2008, the Court issued an order setting a Case Management Conference for October 27, 2008.  (See Docket Item No. 10.)  The Order required the parties to submit a Joint Case Management Statement on or before October 17, 2008.  To date, the parties have failed to do so.  Accordingly, the Court continues the Case Management Conference to **November 17, 2008 at 10 a.m.**  On or before **November 7, 2008**, the parties shall file a Joint Case Management Statement.  The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.  Failure to adhere to any part of this Order may result in sanctions.

Dated: October 21, 2008

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jack R. Nelson jnelson@reedsmith.com
Keith David Yandell kyandell@reedsmith.com
Sally Ann Williams sally_williamslaw@yahoo.com

**Dated:  October 21, 2008**                                **Richard W. Wieking, Clerk**

                                                                                 **By:      /s/ JW Chambers              **
                                                                                       **Elizabeth Garcia**
                                                                                       **Courtroom Deputy**