

1  SALLY A WILLIAMS, SB NO. 129181
   WILLIAMS' LAW OFFICE
2  POST OFFICE BOX 1478
   APTOS, CA 95001-1478
3  555 SOQUEL AVENUE, SUITE 370
   SANTA CRUZ, CA 95062
4
   Tel. (831) 459 -6096
5  Fax (831) 688-1772

6  Attorney for Plaintiff **FRED NELLI**

7
                    **UNITED STATES DISTRICT COURT**
8
          **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**
9

10 FRED  NELLI,                        )  **Case No.:  C08-03342 JW**
                                       )
11              Plaintiff,             )
                                       )  **JOINT STIPULATION TO DISMISS**
12       v.                            )  **WITH PREJUDICE; [PROPOSED**
                                       )  **ORDER]**
13 FNE MORTGAGE et. al.                )
                                       )
14              Defendants.            )
                                       )  Case Removed: July 10, 2008
15                                     )
                                       )
16 _____ )

17
   **TO THE HONORABLE JAMES WARE**:
18
       The Parties, Plaintiff FRED NELLI and Defendant WACHOVIA SAVINGS BANK,
19
   FSB AND WACHOVIA MORTGAGE CORPORATION ["WACHOVIA"], stipulate as
20
   follows:
21
       (1)    The Parties have settled this matter and Plaintiff NELLI  has executed a Release
22
   and Settlement Agreement related to this lawsuit, which is a full and final release of all
23
   present, future, unknown and unanticipated injuries, claims, or damages, against these
24
   Defendants, including those under California Civil Code Section 1542;
25
       (2)    Each side agrees to bear its own costs and fees incurred and/ or expended in this
26
   litigation; and
27
       (3)    The matter should be dismissed with prejudice as to Defendant(s) WACHOVIA

- 1 -

1  since plaintiff's claims, and causes of action against said defendants have been resolved.

2  **IT IS SO STIPULATED**.

3

Date: November __, 2008                    LAW OFFICES OF
4                                          SALLY A. WILLIAMS

5                                             __/s/ Sally A Williams_____
                                           Sally A. Williams, Esq
6                                          Attorneys for Plaintiff
7                                          **FRED NELLI**

8

9
Date: November __, 2008                    Reed Smith LLP
10

11                                            __/s/ Keith Yandell_____
                                           Keith Yandell, Esq
12
                                           Attorneys for Defendants
13                                         Wachovia Savings Bank, FSB and Wachovia
                                           Mortgage Corporation
14

15

16

17

18

19

20

21

22

23

24

25

26

27

## **ORDER**

In light of the above Stipulation of the Parties regarding the resolution of this matter as to Defendants Wachovia and their request that this matter be dismissed as to said defendant with prejudice, and good cause appearing therefore, the Court hereby orders that:

(1) The matter of *FRED NELLI v FNE MORTGAGE, et. al.,* , United States District Court – Northern District, San Jose Division, case number **C08-03342 JW**, is hereby dismissed as to Defendants Wachovia Savings Bank, FSB and Wachovia Mortgage Corporation with prejudice.

(2) Plaintiff FRED NELLI has fully released all present, future, unknown and unanticipated injuries, claims, or damages against said Defendants, including those under California Civil Code Section 1542, arising from or related to the residential property refinance of NELLI's residence including negligence arising from the negotiations leading to the creation of the loan, lending policies and documentations as to Defendants Wachovia as of the date he executed the Release and Settlement Agreement; and

(3) Each side is to bear its own costs and fees incurred or expended in this litigation.

**IT IS SO ORDERED**.   The Court terminates all pending deadlines, hearings and motions.

Date: _ November 12, 2008                                          _____

**HONORABLE JAME WARE, JUDGE**
UNITED STATES DISTRICT COURT

- 3 -