1  SALLY A WILLIAMS, SB NO. 129181
   WILLIAMS' LAW OFFICE
2  POST OFFICE BOX 1478
   APTOS, CA 95001-1478
3  555 SOQUEL AVENUE, SUITE 370
   SANTA CRUZ, CA 95062
4
   Tel. (831) 459 -6096
5  Fax (831) 688-1772

6  Attorney for Plaintiff **FRED NELLI**

**GRANTED**
/s/ James Ware
Judge James Ware
11/12/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| FRED   NELLI,<br><br>            Plaintiff,<br><br>    v.<br><br>FNE MORTGAGE et. al.<br><br>            Defendants. | Case No.:  C08-03342 JW<br><br>**PLAINTIFF'S REQUEST TO DISMISS WITHOUT PREJUDICE; [PROPOSED] ORDER**<br><br>Case Removed: July 10, 2008 |

**TO THE HONORABLE JAMES WARE**:

   Plaintiff FRED NELLI seeks to dismiss his case without prejudice against Defendants FNE Mortgage, a Massachusetts corporation doing business in California as 1st New England Mortgage Corporation, a.k.a. First New England Mortgage Corporation.

Date: November __, 2008             LAW OFFICES OF
                                    SALLY A. WILLIAMS

                                    __/s/ Sally A Williams_____
                                    Sally A. Williams, Esq
                                    Attorneys for Plaintiff
                                    **FRED NELLI**

Request for Dismissal Without Prejudice and Order - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**ORDER**

The Court hereby orders that:

The matter of *FRED NELLI v FNE MORTGAGE, et. al.,* , United States District Court – Northern District, San Jose Division, case number **C08-03342 JW**, is hereby dismissed without prejudice as to Defendants FNE Mortgage, a Massachusetts corporation doing business in California as 1st New England Mortgage Corporation, a.k.a. First New England Mortgage Corporation.

**IT IS SO ORDERED**.

The Court terminates all pending deadlines, hearings and motions.  The Clerk shall close this file.

Date: __November 12, 2008__     _____
                                **HONORABLE JAME WARE, JUDGE**
                                UNITED STATES DISTRICT COURT